MAY 23, 1939

**No. 41432.—** ▮▮▮▮▮▮▮▮▮▮ —Petition 5645–R of John Wroblewski. Abstract 40944. Application by petitioner denied, Brown, J., dissenting.

**No. 41433.—** ▮▮▮▮▮▮▮ —Protest 911161–G of R. W. Greeff & Co., Inc. Abstract 41155. Application by plaintiff for rehearing denied.

**No. 41434.—** ▮▮▮▮▮▮ —Protest 949935–G of Balfour, Guthrie & Co., Ltd. Abstract 41118. Application by plaintiff for rehearing denied.

**No. 41435.—** ▮▮▮▮▮▮▮▮ —Protests 933130–G, etc., of Steinberger Bros. Glove Corp. Abstract 41110. Application by plaintiff for rehearing granted.

MAY 27, 1939

**No. 41436.—** ▮▮▮▮▮ —Protest 815404–G, etc., of Kilburn Mill. C. D. 124. Application by plaintiff for rehearing granted in part and protest 815408–G sustained, the court holding the liquidation was illegal and void because not made within sixty days after the date of liquidation. The other protests were overruled. Brown, J., dissented, saying: "I think that not only should relief be granted as to protest 815408–G but the entire judgment should be vacated and a rehearing granted."

MAY 25, 1939

**No. 41437.—SUIT 4196.—** ▮▮▮▮▮▮▮▮▮▮ —F. F. G. Harper & Co., Inc., B. R. Anderson & Co. v. United States. T. D. 49633 affirmed.

MAY 29, 1939

**No. 41438.—SUIT 4159.—** ▮▮▮▮▮▮▮▮ —Otis McAllister & Co. v. United States. T. D. 49236 affirmed.

BEFORE THE FIRST DIVISION, MAY 29, 1939

**No. 41439.—**Protests 774909–G, etc., of C. S. Emery & Co. (St. Albans).

Opinion by McCLELLAND, P. J. In accordance with stipulation of counsel and on the authority of Phillips Lumber Co. v. United States (T. D. 49624), holding timber not subject to a tax under section 601 (c) (6), the protests were sustained.

**No. 41440.—**Protest 739930–G (A) of Wehling Cheever Co. (New York).

Opinion by McCLELLAND, P. J. In accordance with stipulation of counsel and on the authority of Myers v. United States (T. D. 49530) it was held that duty should have been taken on the basis of the actual board measurement of the lumber in the condition in which imported.

**No. 41441.—**Protests 835525–G, etc., of Wm. J. Jones & Co. et al. (Philadelphia).

Opinion by McCLELLAND, P. J. In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) it was held that duty should have been taken on the basis of the actual board measurement of the lumber in the condition in which imported.

**No. 41442.**—Protest 768326–G of C. S. Emery & Co. (St. Albans).

Opinion by McCLELLAND, P. J. In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) it was held that duty should have been taken on the basis of the actual board measurement of the lumber in the condition in which imported.

**No. 41443.**—Protests 509930–G, etc., of John Wanamaker et al. (New York).

Opinion by McCLELLAND, P. J. In accordance with stipulation of counsel and on the authority of *United States* v. *Heinrich Herrmann & Weiss* (26 C. C. P. A. 292, C. A. D. 30) the hat or clothes brushes in question were held dutiable at only 50 percent ad valorem under paragraph 1506 as claimed.

**No. 41444.**—Protest 688209–G of Chas. A. Redden, Inc. (New York).

Opinion by McCLELLAND, P. J. In accordance with stipulation of counsel and on the authority of *United States* v. *Heinrich Herrmann & Weiss* (26 C. C. P. A. 292, C. A. D. 30) the hat or clothes brushes in question were held dutiable at only 50 percent ad valorem under paragraph 1506 as claimed.

**No. 41445.**—Protests 866662–G, etc., of M. B. Daniels & Co. (New York).

Opinion by McCLELLAND, P. J. In accordance with stipulation of counsel and on the authority of *United States* v. *Heinrich Herrmann & Weiss* (26 C. C. P. A. 292, C. A. D. 30) the hat or clothes brushes in question were held dutiable at only 50 percent ad valorem under paragraph 1506 as claimed.

**No. 41446.**—Protest 883271–G of F. W. Woolworth Co. (Boston).

Opinion by McCLELLAND, P. J. It was stipulated that the merchandise consists of novelty brushes similar to those the subject of Abstract 34593. The claim at 50 percent under paragraph 1506 was therefore sustained.

**No. 41447.**—Protests 811506–G, etc., of F. W. Woolworth Co. (San Francisco).

Opinion by McCLELLAND, P. J. It was stipulated that the merchandise consists of novelty brushes similar to those the subject of Abstract 34593. The claim at 50 percent under paragraph 1506 was therefore sustained.

**No. 41448.**—Protest 779245–G of F. W. Woolworth Co. (New York).

Opinion by McCLELLAND, P. J. It was stipulated that the merchandise consists of novelty brushes similar to those the subject of Abstract 34593. The claim at 50 percent under paragraph 1506 was therefore sustained.